# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| SAMUEL T. RUSSELL | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-0430-S |
| | § | |
| STATE OF TEXAS | § | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED September 30, 2019.

_____
UNITED STATES DISTRICT JUDGE